1  **WARREN R. PABOOJIAN - #128462**
   **JASON S. BELL - #213234**
2  **BARADAT & PABOOJIAN, INC.**
   720 West Alluvial Avenue
3  Fresno, California, 93711
   (559) 431-5366 Telephone
4  (559) 431-1702 Facsimile

5  **SHELLEY G. BRYANT - #222925**
   **AMANDA B. WHITTEN - #251160**
6  **BRYANT WHITTEN, LLP**
   8050 North Palm Avenue, Suite 210
7  Fresno, California 93711
   (559) 494-4910 Telephone
8  (559) 421-0369 Facsimile

9  Attorneys for Plaintiffs, FAITH SIDLOW
   and RICHARD NITIDO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH SIDLOW a.k.a. FAITH SOARES-WILSON, and RICHARD NITIDO,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXSTAR BROADCASTING, INC., a Delaware corporation, and Does 1 through 20, inclusive,<br><br>Defendants | **Case No. 1:14-CV-00657-TLN-SAB**<br><br>**PLAINTIFFS' REQUEST TO CANCEL SETTLEMENT CONFERENCE; ORDER** |

1

Plaintiffs, Faith Sidlow and Richard Nitido, respectfully request to cancel the upcoming settlement conference. The parties have a substantial discovery dispute and starkly different views of the case. The court's time is precious and a settlement conference, at this point, would not be fruitful. Plaintiffs will file a motion to compel as soon as possible. Plaintiffs will reconsider this position after the motion to compel has been decided and the parties conduct more discovery.

Defendant neither opposes nor consents to Plaintiffs' request to cancel the settlement conference.

Dated: May 6, 2015                    BRYANT WHITTEN, LLP


                                      _____/s/_____
                                      SHELLEY G. BRYANT, Attorneys for Plaintiffs
                                      FAITH SIDLOW and RICHARD NITIDO


**ORDER**

Based on the foregoing, the settlement conference set for May 14, 2015, is vacated. The parties are encouraged to contact the court to reschedule the conference after the discovery disputes have been resolved.

IT IS SO ORDERED.

Dated:   **May 6, 2015**                    _____
                                            UNITED STATES MAGISTRATE JUDGE

2