UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH SIDLOW a.k.a. FAITH SOARES-WILSON, and RICHARD NITIDO,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXSTAR BROADCASTING, INC., a Delaware corporation, and Does 1 through 20, inclusive,<br><br>Defendant. | Case No. 1:14-cv-00657-TLN-SAB<br><br>**ORDER RE REQUEST TO SEAL DOCUMENTS** |

Plaintiffs submitted their Request to Seal Documents pursuant to Local Rule 141. (ECF No. 73.) The parties have agreed by stipulated protective order that the document at issue is confidential. (ECF No. 51.) The Court agrees that the document, which contains personal identifying information for third party individuals, should be sealed. Therefore, the Court orders that the document attached as Exhibit P to Plaintiffs' opposition to Defendant's motion for summary judgment be filed under seal. (ECF No. 68, Ex. P.)

**IT IS SO ORDRED.**

Dated: February 2, 2016

_____
Troy L. Nunley
United States District Judge